United States Bankruptcy Court

Western District of Oklahoma

In re:  
Ronald Morain  
    Debtor

Case No. 23-11267-SAH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5      User: admin      Page 1 of 2  
Date Rcvd: Aug 09, 2023      Form ID: pdf003      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Morain, 4701 Tanglewood Ct., Norman, OK 73072-3118 |
| aty | + | Alexander E Hilton, III, Alexander Hilton & Assoc., LLC, 6440 Avondale Drive, Ste. 201, Nichols Hills, OK 73116-6416 |
| aty | + | Charles E. Wetsel, Charles E. Wetsel, 1741 West 33rd Street, Ste 120, Edmond, OK 73013-3838 |
| aty | + | Cody D Kerns, Teague & Wetsel, PLLC, 1741 W. 33rd St. 120, Edmond, OK 73013-3838 |
| tr | + | Kevin M. Coffey, 435 N. Walker Ste 202, Oklahoma City, OK 73102-1810 |
| cr | + | Teague & Wetsel, PLLC, 1741 W 33rd Street, Ste 120, Edmond, OK 73013-3838 |
| 6744922 | + | Andrea Golden, PO Box 720540, Norman OK 73070-4396 |
| 6744925 | + | Boston Avenue Law, 401 S Boston Ave, Ste 500, Tulsa OK 74103-4023 |
| 6744928 | + | Howard Berkson, Boston Avenue Law, 401 S. Boston Ave., Ste. 500, Tulsa OK 74103-4023 |
| 6744929 | + | Lacey Shirley Law, 302 S. Cheyenne Ave., Ste. 110, Tulsa OK 74103-3435 |
| 6744930 | + | Lacey Shirley Law, 1874 S. Boulder Ave., Tulsa OK 74119-5234 |
| 6744934 | + | Teague & Wetsel, 1741 W 33rd St, Ste. #120, Edmond OK 73013-3838 |
| 6744936 | + | Tinker-mc, Attn: Bankruptcy, Po Box 45750, Tinker AFB OK 73145-0750 |
| 6744937 | + | Village Roofing & Siding, 3334 W Main St., Norman OK 73072-4805 |
| 6744938 | + | Village Roofing & Siding, LLC, 11901 N MacArthur Blvd, Oklahoma City OK 73162-1806 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Aug 09 2023 20:58:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Aug 09 2023 20:57:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 6744920 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 09 2023 20:57:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit MI 48226-3416 |
| 6744921 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2023 21:18:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 6744923 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2023 20:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 6744924 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2023 20:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 6744926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2023 21:07:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 6744927 | + | Email/Text: cmims@comfedcu.org | Aug 09 2023 20:57:00 | Communication FCU, Attn: Bankruptcy, 4141 Nw Expressway, Ste 200, Oklahoma OK 73116-1683 |
| 6744931 | | Email/Text: camanagement@mtb.com | Aug 09 2023 20:57:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 6744932 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 09 2023 20:57:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood WA |

| District/off: 1087-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: pdf003 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 6744933 | + Email/Text: bncmail@w-legal.com | Aug 09 2023 20:57:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 | 98046-1548 |
| 6744935 | + Email/Text: bankruptcy@tinkerfcu.org | Aug 09 2023 20:57:00 | Tinker Fcu, Attn: Bankruptcy, Po Box 45750, Tinker AFB OK 73145-0750 | |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander E Hilton, III | on behalf of Debtor Ronald Morain AEHiltonlaw@gmail.com  AHiltonlaw@ou.edu |
| Charles E. Wetsel | on behalf of Creditor Teague & Wetsel  PLLC cwetsel@teaguewetsel.com, amaluy@teaguewetsel.com |
| Cody D Kerns | on behalf of Creditor Teague & Wetsel  PLLC ckerns@teaguewetsel.com |
| Kevin M. Coffey | kevin@harrisandcoffey.com  kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 5

**Dated: August 9, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| RONALD MORAIN, | ) Case No.  23-11267-SAH |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER STRIKING TEAGUE & WETSEL, PLLC'S AMENDED MOTION TO DETERMINE DISCHARGEABILITY AND FOR ORDER DIRECTING DEBTOR-IN-POSSESSION TO ABANDON PROPERTY AND LIFTING THE AUTOMATIC STAY, OR IN THE ALTERNATIVE TO PROVIDE ADEQUATE PROTECTION [DOC. 13]**

Before the Court is the Teague & Wetsel, PLLC's Amended Motion to Determine Dischargeability and for Order Directing Debtor-in-possession to Abandon Property and Lifting the Automatic Stay, or in the Alternative to Provide Adequate Protection [Doc. 13] (the "Motion")[1] filed on August 9, 2023, by Teague & Wetsel, PLLC.  The Motion does not comply with applicable Local Rules in that it does not contain "and Notice of Opportunity for Hearing"

---

[1]The Motion's title requests an order directing the debtor-in-possession to abandon property, however, there is no debtor-in-possession in this case as it was filed under chapter 7.

in the title of the Motion.[2]  Furthermore, the Motion impermissibly contains multiple requests for relief,[3] including what appears to be a request to determine dischargeability of a debt which can only be brought by an adversary proceeding per Federal Rule of Bankruptcy Procedure 7001(6). Therefore, the Motion is hereby STRICKEN.[4]

    IT IS SO ORDERED.

# # #

---

[2] See Local Rule 9013-1.G.

[3] See Local Rule 9013-1.B. and Electronic Case Filing Guidelines ¶ 11.

[4] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.